STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOHNNY VEGA DAVILA

Case No. 10-04343-SEK

Chapter 13  Attorney Name: JOSE PRIETO CARBALLO ESQ*

### I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: July 08, 2010
Time: 10:12 AM  Track: 019
[ ] This is debtor(s) ___ Bankruptcy filing.
Liquidation Value: 0
Creditors
none.

### II. Oath Administered
[✓] Yes  [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
[ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns_____ [ ] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [✓] Closed   [✓] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation
[✓] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOHNNY VEGA DAVILA

Case No. 10-04343-SEK

Chapter 13  Attorney Name: JOSE PRIETO CARBALLO ESQ*

VI. Plan (Cont.)
 Date: May, 20, 2010   Base $ 24,000.00  [X] Filed   Evidence of Pmt shown: _____
 Payments ____ made out of _____ due.  [ ] Not Filed

VII. Confirmation Hearing Date: July, 23, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 126.00 = $ 2,874.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
  [ ] Monthly reports for the months
_____

[ ] Public Liability Insurance
  [ ] Premises _____
  [ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

not assignmember. Comment with DSO. Payroll Deduction. 16,690.-
① Include in Sched b a 2009 Mitsubishi Lancer worth $ 14,490
titled to his father's name.

_____          Date: July 08, 2010
Trustee/Presiding Officer                   (Rev.